RECEIVED
IN MONROE, LA
APR 2 3 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

UNITED STATES OF AMERICA

versus                                       CASE NO. 3:06CR30036-01

MOSHEN A. MOHAMED AKA MOHSEN
A. MOHAMED

## ORDER APPOINTING INTERPRETER

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, it is hereby ORDERED that:

        IRENE B. ISHOO
        1314 CENTRAL
        EVANSTON, IL 60201

be appointed as interpreter to assist in the trial and all other ancillary proceedings to be held in this matter. Compensation for these services shall be paid by the Government. This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED. THUS DONE AND SIGNED at Monroe, Louisiana, this 23rd day of April, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE